IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-30073 |
| ) | |
| CHRISTOPHER SKINNER and ) | |
| HENRY T. BLACKWELL, ) | |
| ) | |
| Defendants. ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the motion to continue filed by Defendant Henry T. Blackwell and the motion to continue filed by Defendant Christopher Skinner.

The final pre-trial conference is currently scheduled for October 17, 2005; trial is set to commence on November 1, 2005. Both Defendants have filed motions to continue.

In support of his motion, Blackwell states that the parties need additional time to work on a written negotiated plea. Blackwell also claims

1

that he needs more time to view a videotape of the crime. In support of his motion, Skinner also notes that the parties are working on a negotiated resolution of the case and that additional time is needed. The Government has no objection to a continuance in this case.

Based upon the above justifications, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the Defendants and the public in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Ergo, the motion to continue filed by Defendant Henry T. Blackwell [d/e 11] is ALLOWED. The motion to continue filed by Defendant Christopher Skinner [d/e 12] is ALLOWED. The final pretrial conference is hereby continued to December 5, 2005 at 2:30 p.m. The trial is now set for December 6, 2005 at 10:00 a.m.

ENTER: October 17, 2005

FOR THE COURT:

s/Richard Mills
United States District Judge