IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-30073 |
| | ) | |
| CHRISTOPHER SKINNER and | ) | |
| HENRY T. BLACKWELL, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the second motion to continue filed by Defendant Henry T. Blackwell and the second motion to continue filed by Defendant Christopher Skinner.

The final pre-trial conference is currently scheduled for December 5, 2005; trial is set to commence on December 6, 2005. In support of his motion, Blackwell states that the parties need additional time to review discovery. Moreover, the parties have not finalized negotiations on a written plea agreement.

In support of his motion, Skinner also notes that the parties are working on a negotiated resolution of the case and that additional time is needed to obtain a

plea agreement proposal and proffer letter in this case. Skinner requests a continuance of 30 to 60 days. The Government has no objection to a continuance in this case.

Based upon the above justifications, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the Defendants and the public in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

<u>Ergo</u>, the second motion to continue filed by Defendant Henry T. Blackwell [d/e 19] is ALLOWED. Defendant Christopher Skinner's second motion to continue which did not include an e-signature [d/e 20] is STRICKEN. The second motion to continue filed by Skinner [d/e 21] is ALLOWED. The final pretrial conference is hereby continued to January 23, 2006 at 3:30 p.m. The trial is now set for February 7, 2006 at 10:00 a.m.

ENTER: December 1, 2005

                      FOR THE COURT:

                                    s/Richard Mills
                                    United States District Judge